FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2006 APR 25 PM 3: 47

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA

VS.                                              NO. 7:97-CR-41-002 (WDO)

JOE JACKSON

# ORDER

On or about December 2, 1999, the above captioned was sentenced to 87 months custody of the Bureau of Prisons to be followed by a 60 month term of supervised release for the offense of Conspiracy to Possess With Intent to Distribute Cocaine. For good and sufficient cause shown to the Court and in accordance with the September 2005 revisions of Monograph 109 as approved by the Administrative Office of the United States Courts, IT IS ORDERED that the conditions of supervised release be modified to remove the following special condition.

You shall participate in a program approved by the U.S. Probation Office for substance abuse testing and, if necessary, treatment for alcohol/drug addiction or dependency.

All other conditions previously ordered remain intact.

SO ORDERED, this 25th day of April, 2006.

_____
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE

By: _____
Todd L. Smith
U.S. Probation Officer