GAM 35
(Rev. 2/06)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
MIDDLE GEORGIA

2008 NOV 7 AM 9 38

WKS
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Joe Jackson

Crim. No. 7:97-CR-41-002

On December 2, 1999, the above captioned was sentenced for the offense of Conspiracy to Possess With Intent to Distribute Cocaine to 87 months imprisonment to be followed by a term of supervised release of 60 months.

On March 24, 2006, the supervised release period of 60 months commenced. He has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the September 2005 revisions to Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Jeremy A. Dean
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of November, 2008.

W. Louis Sands
U.S. District Judge